Eleanor Fry, an Infant, etc., Respondent, v. City of Rochester, Appellant.— Order reversed, with costs, motion denied, and verdict reinstated,‡ with costs, on the ground that in our opinion the verdict was not inadequate nor was there sufficient question as to inadequacy to justify the exercise of discretion in

the matter by the learned trial justice. All concur, except Taylor and Thompson, JJ., who dissent and vote for affirmance.